JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASEN NORIEGA,<br><br>      Petitioner,<br><br>    v.<br><br>E. FLORES, Warden,<br><br>      Respondent. | Case No. 5:22-cv-00648-JGB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 17, 2022

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE